UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND SCHAFER, | ) | 1:08-cv-01606 WMW (HC) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO WITHDRAW PETITION |
| v. | ) | |
| | ) | [Doc. #7] |
| W.J. SULLIVAN, et al., | ) | |
| | ) | ORDER DISMISSING PETITIONER'S |
| Respondents. | ) | MOTION FOR EVIDENTIARY HEARING |
| | ) | AS MOOT |
| | ) | |
| | ) | [Doc. #2] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 10, 2008, Petitioner consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c). (Doc. #6). No other parties have appeared in this action.

On May 4, 2009, Petitioner filed a motion to withdraw his petition for writ of habeas corpus so that he might exhaust claims in state court. (Doc. #7). Pursuant to rule 41(a)(1), the instant petition is hereby dismissed without prejudice. FED. R. CIV. P. 41(a)(1).

On October 24, 2008, Petitioner filed a motion for an evidentiary hearing. (Doc. #2). As the petition is being dismissed, the Court finds the issue of an evidentiary hearing to be moot and shall

be dismissed as such.

Accordingly, it is hereby ORDERED that :

1. The petition for writ of habeas corpus be DISMISSED without prejudice,

2. Petitioner's motion for an evidentiary hearing be DISMISSED as moot, and

3. The Clerk of Court is DIRECTED to close the case.

IT IS SO ORDERED.

**Dated:   May 7, 2009**              /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE